Bradley A. Post, Esq., SBN 127028
Elizabeth E. Waldow, Esq., SBN 267197
BORTON PETRINI, LLP
2444 Main Street, Suite 150
Fresno, California 93721
Tel: (559) 268-0117
Fax: (559) 237-7995
ewaldow@bortonpetrini.com

Attorneys for PREMIER PARTNERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>         Plaintiff,<br><br>v.<br><br>PREMIER PARTNERS; PREMIER UNIVERSAL, INC., dba PREMIER AUTO SALES,<br><br>         Defendants. | Case No. 1:16-cv-00705-AWI-BAM<br><br>**SECOND STIPULATION TO EXTEND DATE FOR PREMIER PARTNERS TO FILE ITS ANSWER TO COMPLAINT; [PROPOSED] ORDER** |

Plaintiff JOSE TRUJILLO ("Plaintiff") and Defendant PREMIER PARTNERS ("Defendant"), through their respective counsel, pursuant to Federal Rule of Civil Procedure 6(a) and Local Rule 144(a), hereby stipulate to extend the deadline for Defendant PREMIER PARTNERS to file its Answer to Plaintiff's Complaint up to and including August 5, 2016. This extension of time is Defendant's second extension. The first extension was approved by the Court on July 1, 2016 (Dkt. 6).

Good cause exists for this extension as defense counsel for PREMIER PARTNERS learned on July 26, 2016, that there is an additional company that may be necessary to the case. PREMIER PARTNERS requests a short extension on its deadline to file an answer to the complaint in order to further investigate the identity of the company operating on the premises and evaluate if additional pleading is advisable.

/
//
///

1

g:\hherman\16cv705.stipo.trujillo.extn answ.docx

Dated:  July 27, 2016                MOORE LAW FIRM

                                     By /s/ Tanya E. Moore (as authorized on 07/27/2016)
                                     Tanya E. Moore, Attorney for Plaintiff, JOSE TRUJILLO

Dated:  July 27, 2016                BORTON PETRINI, LLP

                                     By /s/ Elizabeth E. Waldow
                                     Elizabeth E. Waldow, Attorneys for Defendant, PREMIER PARTNERS

### ORDER:

Pursuant to the parties' stipulation, **IT IS SO ORDERED**.  Defendant PREMIER PARTNERS shall answer Plaintiff's Complaint on or before August 5, 2016.

Dated:  **July 28, 2016**                    /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE

g:\hherman\16cv705.stipo.trujillo.extn answ.docx