Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff
Jose Trujillo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO, | No. 1:16-cv-00705-AWI-BAM |
| Plaintiff, | **STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER** |
| vs. | |
| PREMIER PARTNERS, et al., | |
| Defendants. | |

WHEREAS, a Mandatory Scheduling Conference in this action is currently set for August 17, 2016, pursuant to the Court's Order Setting Mandatory Scheduling Conference dated May 19, 2016 (Dkt. 3);

WHEREAS, on August 1, 2016, Plaintiff Jose Trujillo ("Plaintiff") filed a First Amended Complaint (Dkt. 11) naming a new defendant, Auto Buy-Sell, Inc. dba Premier Auto Sales aka Auto X Change ("ABSI");

WHEREAS, Defendant Premier Partners ("Premier," and together with Plaintiff, "the Parties") filed its Answer to First Amended Complaint on August 5, 2016 (Dkt. 15);

WHEREAS, ABSI waived service of the First Amended Complaint pursuant to the Waiver of Service of Summons filed on August 3, 2016 (Dkt. 14), such that ABSI's responsive pleading is due on October 3, 2016;

NOW, THEREFORE, the Parties, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for August 17, 2016 to a date at the Court's convenience after October 17, 2016, to allow time for ABSI to make an appearance, and for the Parties to meet and confer with ABSI and file a joint scheduling report.

Date: August 8, 2016					MOORE LAW FIRM, P.C.

							*/s/ Tanya E. Moore*
							Tanya Moore
							Attorney for Plaintiff,
							Jose Trujillo

Date: August 8, 2016					BORTON PETRINI, LLP

							*/s/ Elizabeth E. Waldow*
							Elizabeth E. Waldow
							Attorneys for Defendant,
							Premier Partners

## ORDER

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for August 17, 2016 is continued to **November 2, 2016 at 9:30 AM** in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

**IT IS SO ORDERED**.

Dated:  **August 9, 2016**			/s/ Barbara A. McAuliffe
							UNITED STATES MAGISTRATE JUDGE