Tanya E. Moore, SBN 206683
Zachary M. Best, SBN 166035
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  service@moorelawfirm.com

Attorneys for Plaintiff
Jose Trujillo

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO, <br><br> Plaintiff, <br><br> vs. <br><br> PREMIER PARTNERS; AUTO BUY-SELL, INC., dba PREMIER AUTO SALES aka AUTO X CHANGE; <br><br> Defendants. <br><br> AND RELATED CROSS-CLAIM. | No. 1:16-cv-00705-BAM <br><br> **STIPULATION GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT; [**~~PROPOSED~~**] ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Jose Trujillo ("Plaintiff"), and Defendant/Cross-Claimant Auto Buy-Sell, Inc. dba Premier Auto Sales aka Auto X Change, and Defendant/Cross-Defendant Premier Partners (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties remaining in this action, through their respective attorneys of record, that Plaintiff may file a Second Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court, and is not prejudicial to Defendants, the product of undue delay, proposed in bad faith, or futile.

**IT IS FURTHER STIPULATED** that Plaintiff will file his Second Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that

Defendants' response thereto shall be filed within fourteen (14) days after the Second Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated:  November 28, 2016			MOORE LAW FIRM, P.C.

						*/s/ Tanya E. Moore*
						Tanya E. Moore
						Attorneys for Plaintiff,
						Jose Trujillo

Dated:  November 30, 2016			JACOBSON & McELROY PC

						*/s/ Jason R. Cale*
						Jason R. Cale
						Attorneys for Defendant/Cross-Claimant,
						Auto Buy-Sell, Inc. dba Premier Auto Sales aka Auto X Change

Dated:  November 28, 2016			BORTON PETRINI, LLP

						*/s/ Elizabeth E. Waldow*
						Elizabeth E. Waldow
						Attorneys for Defendant/Cross-Defendant,
						Premier Partners

### ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file his Second Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the Second Amended Complaint is filed.

**IT IS SO ORDERED**.

Dated**:   December 8, 2016**			/s/ *Barbara A. McAuliffe*
						UNITED STATES MAGISTRATE JUDGE